**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAI-EATHE SAMYL LEE, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC., a Foreign Corporation; DENNIS MANN, individually; SCANSCAPE USA IRI WORLDWIDE an Illinois Corporation DOE MANAGER; DOE & ROE EMPLOYEES; DOE & ROE EMPLOYERS; DOE OWNERS I-V; ROE OWNERS I-V; ROE EMPLOYERS I-V; DOES I-V; and ROE COMPANIES I-V, inclusive,<br><br>        Defendants, | CASE NO.: 2:24-cv-00179-CDS-NJK<br><br>**~~PROPOSED~~ STIPULATION AND ORDER TO AMEND COMPLAINT CAPTION BY ADDING FIELD AUDIT SERVICES TEAM, LLC DBA SCANSCAPE C/T CORPORATION SYSTEM, DEFENDANTS; IN LIEU OF ROE COMPANIES I, AND TO REMOVED DEFENDANTS SCANSCAPE USA IRI WORLDWIDE** |

**PROPOSED STIPULATION AND ORDER TO AMEND CAPTION AND COMPLAINT**

   IT IS HEREBY STIPULATED by and between the parties Plaintiff, KAI-EATHE SAMYL LEE ("Plaintiff"), by and through her counsel of record, ERIC R. BLANK, ESQ., and HARRY V. PEETRIS, II, ESQ., of ERIC BLANK INJURY ATTORNEYS, and Defendants THE VONS COMPANIES, INC. and DENNIS MANN, ("Defendants") by and through their counsel of record, LEW BRANDON, JR., ESQ., to amend the caption and complaint to add in the defendants, FIELD AUDIT SERVICES TEAM, LLC dba SCANSCAPE C/T CORPORATION SYSTEM, defendants;  in lieu of ROE COMPANIES I, and to removed Defendants SCANSCAPE USA IRI WORLDWIDE a copy of the proposed Amended Complaint is attached hereto as **Exhibit 1**.

DATED this 11th day of March 2024.
**ERIC BLANK INJURY ATTORNEYS**

By: /s/ *Harry V. Peetris, Esq.*
**ERIC R. BLANK, ESQ.**
Nevada Bar No. 06910
**HARRY V. PEETRIS, ESQ.**
Nevada Bar No. 06448
7860 W. Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DATED this 11th day of March, 2024.
**BRANDON | SMERBER LAW FIRM.**

By: /s/ *Ryan Venci, Esq.*
LEW BRANDON, JR., ESQ.
RYAN VENCI, ESQ.
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Defendants THE VONS COMPANIES, INC. and DENNIS MANN*

## ORDER

Based upon the stipulations and the agreements of the parties hereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the caption and Complaint in this matter be amended to reflect the added defendant, FIELD AUDIT SERVICES TEAM, LLC dba SCANSCAPE C/T CORPORATION SYSTEM, defendants; in lieu of ROE COMPANIES I, and to removed Defendants SCANSCAPE USA IRI WORLDWIDE. The Clerk's Office is **INSTRUCTED** to file the amended complaint at Docket No. 30-1.

Dated: March 12, 2024

_____
UNITED STATES MAGISTRATE JUDGE